482 A.2d 1274

**Pauline McKNIGHT, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, PENNSYLVANIA CRIME VICTIM'S COMPENSATION BOARD.**

Supreme Court of Pennsylvania.

Argued Oct. 24, 1984.

Decided Nov. 5, 1984.

Michael N. Borish, Philadelphia, for appellant.

Gregory R. Neuhauser, Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed, 76 Pa.Cmwlth. 274, 463 A.2d 1238, as having been improvidently granted.

NIX, C.J., LARSEN, J., dissent.